**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| THE CAT PRACTICE, LLC, individually and as the representative of a class similarly-situated persons, | Case No. 1:20-cv-3326 |
| Plaintiff, | Hon. Thomas M. Durkin |
| v. | |
| HILL'S PET NUTRITION, INC., | |
| Defendant. | |

## HILL'S PET NUTRITION, INC.'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Hill's Pet Nutrition, Inc. submits this Statement of Undisputed Material Facts in Support

of its Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56.1 and LR 56.1.

1. Hill's manufactures and sells advanced pet nutrition to veterinary clinics and hospitals ("clinics") and other business partners. *See* Ex. 1, Hill's 30(b)(6) Dep. Tr. 18, 28-29 (Apr. 25, 2025); Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. at 64-65.

2. Hill's has longstanding relationships with the clinics that it supports and manages in part through its Territory Managers ("TMs"). *See* Ex. 3, David Tartoni Dec. ¶ 7; Ex. 1, Hill's 30(b)(6) Dep. Tr. 127:24-128:8.

3. During regular meetings with the clinics, Hill's TMs routinely ensure the clinic's preferences regarding communication, including their preferences for receiving promotions. *See* Ex. 1, Hill's 30(b)(6) Dep. Tr. 101:10-15, 127-133.

**A. Hill's Regular Business Practice To Obtain Permission Before Faxing Promotions**

4. To purchase Hill's products from Hill's, clinics must go through an account setup process that includes, among other things, providing at the clinic's discretion, the clinic's fax number. *See* Ex. 4, DX 509 (TCP1005-1009); Exs. 5-9, DX 510-514 (HPN6382-6386); Ex. 10, Kramer Dep. Tr. 36:12-16.

5. Hill's routine practice was that when a clinic first became a customer of Hill's, the TM would have a conversation with the clinic on the first visit about how they wanted to receive

1

communications from Hill's, including permission to fax promotions. *See* Ex. 1, Hill's 30(b)(6) Dep. Tr. 52-53, 129:22-130:18; Ex. 11, Carter Dec. ¶ 4; Ex. 12, Kutkoski Dep. Tr. 45:11-19 (Apr. 29, 2025); Ex. 13, Kramer Dec. ¶¶ 3, 6-7; Ex. 10, Kramer Dep. Tr. 36:4-16 (Aug. 8, 2025) (Hill's clinic customer describing her initial account setup with Hill's: "So very early on when my business was starting is when I met Erik and established my relationship with Hill's. We, of course, as veterinarians are already very familiar with Hill's since they support a lot of the veterinary community and they provide excellent products that we use and we use during vet school and everything. And so during initial setting up my business with Hill's, I had paperwork to fill out and at that time, Erik asked about communication and receiving promotional material.").

6. As part of Hill's regular business practice, TMs would often reaffirm that Hill's had clinics' permission to send fax promotions. *See* Ex. 1, Hill's 30(b)(6) Dep. Tr. 53, 130:11-18.

7. It was Hill's regular business practice to fax promotions only to existing customers who wanted to receive them and had either asked or given permission for Hill's to send those promotions by fax. *See* Ex 1, Hill's 30(b)(6) Dep. Tr. 49-54, 120:17-22, 127:13-18.

8. Among the reasons for Hill's practice of seeking permission to send fax promotions was that it helped support the close working relationships Hill's has with clinics it has authorized to recommend and sell Hill's products. *See* Ex 1, Hill's 30(b)(6) Dep. Tr. 127:24-129:18.

9. If a fax number was in Hill's database that it used to create a target list for fax promotions and not on the do not fax list, this meant that Hill's had obtained permission from that clinic to send it fax promotions. *See* Ex. 1, Hill's 30(b)(6) Dep. Tr. 116, 174:5-11, 175:22-176:13.

**B. The Cat Practice Regularly Purchased Product from Hill's**

10. The Cat Practice became a Hill's customer in or before 1995. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 27-30; Ex. 4, DX 509 (TCP1005-1009); Exs. 5-9, DX 510-514 (HPN6382-6386).

11. The Cat Practice claims it received 12 fax ads from Hill's between 2016 and 2018 and that it "did not expressly invite or give permission to anyone to send [Hill's ads] by fax." *See* Second Am. Compl. ¶¶ 15, 17-19, 21, ECF 103, at 3-4 (Oct. 18, 2023).

12. The Cat Practice did not retain any copies of the 12 fax ads it claims it received. *See* Second Am. Compl. ¶ 16, ECF 103, at 4.

13. The Cat Practice offered Hill's products for resale to its customers, and listed numerous Hill's products in its internal Inventory Master List and on its website until it closed. *See* Ex. 14 (website capture of https://catpracticeoakpark.covetruspharmacy.com/search/hill's, last accessed July 23, 2026); Ex. 15, TCP6886-6898 (The Cat Practice Inventory Master List); Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 117-119 (explaining Hill's products included the c/d, s/d, i/d, k/d, c/d, b/d and "lots more letters of food"), 202:21-23 (discussing Hill's k/d product line), 85-87, 90-92, 110-111.

2

14. The Cat Practice displayed Hill's insignia and products for sale in its store "because it was a food that [The Cat Practice] sold among others and [The Cat Practice] strongly recommended [Hill's] products." *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 85-87, 90-92, 110-111.

15. For decades, The Cat Practice regularly ordered products and free samples from Hill's, including during every month of 2016, 2017, and 2018. *See* Ex. 16, HPN10098 (listing hundreds of invoiced sales between 2004 and 2008, totaling 68,028 dollars in sales); Ex. 17, HPN10099 (listing thousands of sales totaling 358,256 dollars between 2004 and 2024); Ex. 18, TCP00124-00128, TCP00131-00136, TCP00138-0000141, TCP00144, TCP00146-00148, TCP00151, TCP00153-00155, TCP00157-00160, TCP00162 (free samples), TCP00163-00166, TCP00167 (free samples), TCP00170-00173, TCP00174 (free samples), TCP00177, TCP00179, TCP00182-00184, TCP00186, TCP00200 (Hill's 2016 invoices to The Cat Practice); Ex. 19, TCP00207-00208, TCP00209 (free samples), TCP00210-00212, TCP00215, TCP00216 (free samples), TCP00217 (free samples), TCP218-00222, TCP00225-00230, TCP00232-00236, TCP00238, TCP00241-00246, TCP00248-00250, TCP00253-00254, TCP00256 (free samples), TCP00257-00258, TCP00259 (free samples), TCP00260-00261, TCP00263-00267, TCP00271-00272, TCP00274-00275, TCP00276 (order), TCP00278-00281, TCP00282 (order), TCP00283, TCP00287-00289, TCP00291-00293, TCP00297-00298, TCP00301, TCP00304-00306, TCP00308-00309, TCP00311-00314 (Hill's 2017 invoices to The Cat Practice); Ex. 20, TCP00319-00322, TCP00324, TCP00326-00327, TCP00329, TCP00332-00336, TCP00338-00342, TCP00344-00348, TCP00350-00358, TCP00361-00364, TCP00366, TCP00368-00370, TCP00373-00376, TCP00379-00381, TCP00384, TCP00386, TCP00389-00392 (Hill's 2018 invoices to The Cat Practice); Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 114 (The Cat Practice ordered Hill's food "every week").

16. Dr. Lori Coughlin worked at The Cat Practice from 1995 to 1998 when Dr. Jennifer Malin was the owner. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 27-30, 75:23-76:14; Ex. 9, DX 514 (HPN6386).

17. Dr. Coughlin purchased The Cat Practice from Dr. Malin in 2007. *See* Ex. 9, DX 514 (HPN6386).

18. The Cat Practice permanently closed around May 3, 2025 and was involuntarily dissolved by the Illinois Secretary of State on May 8, 2026. *See* Ex. 21 (announcing closure on The Cat Practice's Facebook page "The Cat Practice – Permanently closed"); Ex. 22 (Illinois Secretary of State listing The Cat Practice's status as involuntarily dissolved).

**C. Hill's Obtained The Cat Practice's Permission When It Was Owned By Dr. Malin**

19. Marla Carter, a Hill's TM from 2001 until May 2015, called on The Cat Practice from the early 2000s until 2015. *See* Ex. 11, Carter Dec. ¶¶ 2, 10-11.

20. Ms. Carter would routinely ask for permission from clinics in her territory for Hill's to fax them promotions, including The Cat Practice. *See* Ex. 23, Carter Dep. Tr. 25:17-26:17 (July 10, 2025) (when first meeting with a clinic, Carter would ask for permission to fax promotions); Ex. 11, Carter Dec. ¶ 4 (for new customers, "it was my practice during the first in-person visit to

obtain the best contact information, explain that Hill's sends out promotions (such as discounts on products or free products), and obtain permission for Hill's to fax those promotions to the clinic.").

21. The Cat Practice's fax number was in Hill's database and not on its do not fax lists throughout the period of 2016 through 2018. *See* Ex. 1, Hill's 30(b)(6) Dep. Tr. 174-176.

22. The Cat Practice gave Hill's TM, Ms. Carter, permission for Hill's to send The Cat Practice fax promotions when it was owned by Dr. Malin. *See* Ex. 23, Carter Dep. Tr. 39:12-23, 43:11-19; Ex. 11, Carter Dec. ¶ 11.

23. Ms. Carter obtained permission to fax ads to The Cat Practice as part of her business practice. *See* Ex. 11, Carter Dec. ¶ 11 ("Consistent with my practice, I would have obtained permission to fax promotions [from The Cat Practice]. I would regularly confirm The Cat Practice's contact information and confirm we had permission to fax promotions.").

24. The Cat Practice's receptionist Ruth Petkewicz told Hill's TM Ms. Carter that it was "perfectly fine" for Hill's to fax promotions to the clinic. *See* Ex. 23, Carter Dep. Tr. 36:4-16, 39:12-23, 43:11-19; Ex. 11, Carter Dec. ¶ 11.

25. The Cat Practice, through Ms. Petkewicz, also asked Hill's to fax promotions. *See* Ex. 11, Carter Dec. ¶ 11 ("I most frequently met with the receptionist at The Cat Practice, named Ruth. She was very friendly and we had a good rapport. There was also occasions where Ruth told me the doctor was not available to see me, but to fax the promotions.").

### D. Dr. Coughlin Purchased The Cat Practice and Wanted The Relationship With Hill's To Remain The Same

26. When she bought The Cat Practice, Dr. Coughlin wanted the "good business relationship with Hill's" "to continue as it was before" the purchase, because Hill's was a "trusted brand of food." *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 65:10-12, 64:22-65:9, 75, 78:19-79:7, 77:17-21.

27. As part of her purchase of The Cat Practice, Dr. Coughlin assumed the prior agreement/obligations of former owner Dr. Jennifer Malin, including as pertains to the relationship with Hill's. *See* Ex. 4 at p. 2, DX 509 (TCP01005-TCP01009, at 1006) (checking "yes" that "Lori Coughlin, DVM, Cat Practice, will assume any or all previous obligations made by Dr Jennifer Malin, Cat Practice, to Hill's Pet Nutrition, Inc. and Subsidiaries as of April 11, 2007); Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 27-30, 75:23-76:14; Ex. 9, DX 514 (HPN6386).

28. When Dr. Lori Coughlin bought The Cat Practice she provided The Cat Practice's fax number to Hill's, even though she was "sure that it was already provided to [Hill's] by Dr. Malin." *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 27-30, 75:23-76:14; Ex. 9, DX 514 (HPN6386) (providing fax number); Ex. 4 at p. 4, DX 509 (TCP1005-1009, at 1008).

4

**E. The Cat Practice Receptionist Ruth Petkewicz and Other Employees Gave Hill's Permission to Fax Promotions to The Cat Practice**

29. Vanessa Kutkoski has been a Hill's TM since 2000 and served The Cat Practice in 2018. *See* Ex. 24, Kutkoski Dec. ¶ 2; Ex. 12, Kutkoski Dep. Tr. 47:17-20.

30. Hill's TM Vanessa Kutkoski routinely asked for permission from clinics in her territory for Hill's to fax them promotions. *See* Ex. 12, Kutkoski Dep. Tr. 45:15-19 (Apr. 29, 2025) ("Although I don't have a specific time when I asked [The Cat Practice] for permission, I know I did. Because, in general, my practice is to gain permission from the customer to fax promotional materials."); *id.* at 60:10-15, 64:24-65:10 ("Q. Would you ask the clinics specifically if Hill's had permission to send fax promotions? **A. Yes. I would ask if we had permission to send faxed promotions to the clinic.** Q. Would you also talk about communicating in general with clinics using fax? **A. I highlighted more the faxed promotions to make sure they were okay with receiving those via fax.**")."

**F. The Cat Practice Employee, Rachele Taylor, Gave Hill's Permission to Fax Promotions to The Cat Practice**

31. The Cat Practice's office manager Rachele Taylor told Hill's it was okay to fax promotions, such as ones relating to Hill's prescription diet Urinary Care c/d line. *See* Ex. 25, Rachele Taylor Dep. Tr. 66-70, 79-80, 107-108, 69:7-12 ("For example, C/D Urinary Diet, that specific promotion for that time, yes, she could fax that to me. And usually those were the ones I would take because urinary issues are huge in cats. So that was a very big one that I would take … when they had promotions from those, I would usually take up those offers.").

32. The faxes bates-stamped HPN4374 (Fax 1), HPN216 (Fax 2), RRD97 (Fax 3), RRD79 (Fax 5), RRD130 (Fax 7), RRD187 (Fax 9), HPN981 (Fax 10) and RRD191 (Fax 11) apply to the C/D Urinary prescription diet line of products. *See* Faxes 1-3, 5, 7, 9, 10 and 11, ECF 103-1 at 1-3, 5, and 11 (including urinary care c/d options), 10 (announcing free stew samples available for any prescription diet), 7 and 9 (coupon pads for all prescription diets).

**G. The Cat Practice Employees Were Authorized To Give Hill's Permission to Fax Promotions**

33. Dr. Coughlin, as corporate representative for The Cat Practice, admitted that Ms. Taylor, Ms. Petkewicz, or her other employees could have given permission for Hill's to fax promotions to The Cat Practice. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 58-59, 63-64, 228, 230, 221.

34. The Cat Practice never asked its employees, including the ones that interacted with Hill's, whether they gave Hill's permission to send fax promotions to The Cat Practice. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 217-218, 47, 50-55, 60-72; Ex. 26, DX 517 (TCP00007) (Hill's promotional agreement signed by The Cat Practice, Kristen Humphrey); Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 46, 76:11-22 (admitting that The Cat Practice has no knowledge of conversations with Hill's while The Cat Practice was owned by Dr. Malin).

5

35.     The Cat Practice never communicated to Hill's that The Cat Practice employees lacked authorization to give permission for Hill's to fax it promotions. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 163, 216-223.

36.     The Cat Practice never asked Hill's to remove its fax number from its distribution list. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 169, 186-187; Ex. 25, Taylor Dep. Tr. 124-125.

**H.  The Cat Practice Regularly Used Hill's Promotions**

37.     The Cat Practice employees interacted with Hill's in a number of different ways under Dr. Coughlin's ownership, including by email, fax, by phone call—including to use Hill's veterinary professional consult service—and during Hill's representative clinic visits, "lunch and learns" and at conferences, including those held by the Chicago Veterinary Medical Association. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 84, 87-89, 102-106, 112-113.

38.     Hill's was among the top products that The Cat Practice sold. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 112.

39.     The Cat Practice was interested in receiving information about new Hill's products. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 117-120.

40.     Fax was a common method of communication for The Cat Practice to communicate, including in 2016 to 2018. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 82-83.

41.     The Cat Practice entered Promotional Agreements with Hill's. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 123-128; Ex. 27, DX. 516 (TCP3) (promotional agreement dated June 24, 2014, signed by Hill's Representative Ms. Carter and for The Cat Practice, "Deborah"); Ex. 26, DX 517 (TCP7).

42.     The Cat Practice participated in third party vendor rebate programs in which Hill's participated, such as The Veterinary Cooperative. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 75:23-76:14, 203:9-16.

43.     The Cat Practice was aware that by joining The Veterinary Cooperative, its fax number would be shared with Hill's for rebates. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 75:23-76:14, 203:9-16 (testifying that The Cat Practice was aware that by joining The Veterinary Cooperative, it released its fax number to participating companies like Hill's and that The Cat Practice did not object to that).

44.     The Cat Practice received rebates for purchases from Hill's, including through The Cat Practice's membership in The Veterinary Cooperative, and it listed Hill's rebates and coupons as part of its total monthly cash flow. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 202-204; Ex. 28, DX 528 (TCP2631-2634); Ex. 29, TCP11625-11626, TCP11628-11630, TCP11632-11634, TCP11635-11637, TCP11640-11642, TCP11645, TCP11648, TCP11650-11651, TCP11652-11654, TCP11657-11663, TCP11668-11672, TCP11673-11674, TCP11676-11679, TCP11680-11681, TCP11682-11684, TCP11686-11688, TCP11693-11694, TCP11695-11697, TCP11698-11703 (The Cat Practice's Monthly Cash Flow Registers listing Hill's rebates as income).

45.     The Cat Practice received free Hill's Point of Purchase displays, and it participated in Hill's trade show promotions, through which it would receive "trade support payments." *See* Ex. 30, TCP00200, TCP00016, TCP00014, TCP00041.

46.     Throughout the period from 2016 through 2018, The Cat Practice placed orders for Hill's free promotional products. *See* Ex. 31, TCP00209 (Feb. 20, 2017 Hill's invoice for "Free Trts"), TCP00076 (Dec. 15, 2014 Hill's invoice for free sample), TCP00135 (May 2, 2016 Hill's invoice for samples), TCP00202 (Dec. 12, 2016 invoice for ZStaff Feeding ZP5 Promotion), TCP00256 (July 17, 2017 Hill's invoice for samples), TCP00358 (July 23, 2018 invoice labeled free/promo), TCP00441 (June 20, 2019 Hill's invoice for Ktn HD 6x1lb cs smp Samples, Ktn 6x1lb cs smp Samples), TCP00167 (Aug. 29, 2016 Hill's invoice for "Free Sample 732855", free of charge); Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 92-94 (regarding free samples), 95-97 (regarding coupons).

47.     The Cat Practice purchased products at discounted amounts or at no cost, from Hill's promotions. *See* Ex. 32, TCP00148 (July 11, 2016 Hill's invoice for 4281 PD Feline m/d 24/5.5 oz cs at the promotional price of $29.99) and RRD85 (July 2016 Hill's promotion listing 4282 Hill's PD m/d feline – pork flavor 24 x 5.5 oz. case for $29.99); Ex. 18, pp. 65, 70 (TCP00165, TCP00171); Ex. 19, pp. 2, 53, 70-71, 73-74, 86-87 (TCP00208, TCP00267, TCP00287-00288, TCP00291-00292, TCP00305-00306); Ex. 20, pp. 40-41 (TCP00357, TCP00358); Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 109.

48.     The Cat Practice placed orders for Hill's products via fax using the order form on the promotions Hill's faxed it. *See* Ex. 25, Taylor Dep. Tr. 112:11-17, 121-123.

49.     The Cat Practice purchased discounted product from a promotion The Cat Practice claims it received via fax on November 16, 2018, the document bates-stamped HPN4374 (Fax 11), which references a NEW 8.5 lb bag available for c/d Multicare Stress Feline Chicken Dry products. *See* Second Am. Compl. ¶ 15, ECF 103; Fax 11, ECF 103-1 at 11; Ex. 33, DX 527 (TCP00391) (Dec. 3, 2018 Hill's invoice for 8.5 pound bag of PD Feline c/d Multi Stress diet).

50.     Ms. Taylor testified that she agreed to take anything from Hill's that was free, including samples. *See* Ex. 25, Taylor Dep. Tr. 127-128.

51.     Ms. Taylor testified that Hill's provided The Cat Practice with coupons and The Cat Practice used them. *See* Ex. 25, Taylor Dep. Tr. 124; Ex. 34, DX 501, at 2 (email from R. Taylor of The Cat Practice to Hill's V. Kutkoski: "I did get the coupons you sent out and I very much appreciate those and I know our clients will as well. I did see on the order form that you can get a set of free Plush Microcrobes. I would have loved to order and get a set (or 2 if you have extra.")).

**I.    Many of the Alleged Faxes Were Not Advertisements**

52.     The Cat Practice claims it received a fax from Hill's on July 8, 2016 bates-stamped RRD79 (Fax 1), which states: "July 4th Giveaway – We're celebrating July 4th by offering you more FREE Prescription Diet Stew Samples. Give these samples to your clients to support your nutritional recommendation. Fax in order by July 15th. Please check the boxes of the presorted

stew kit quantities you would like to order. No minimum purchased [sic] required." *See* Fax 1, ECF 103-1 at 1.

53. The Cat Practice claims it received a fax from Hill's on September 27, 2016, bates-stamped RRD97 (Fax 2), which states: "FREE Hill's PRESCRIPTION DIET Dry Samples. Limited Availability. Order yours today! Give these FREE samples to your clients to support your nutritional recommendation & try the great taste! Available now through Dec 31st. Please enter a case quantity for the number of cases you would like to order. Each case includes 12 x 5.25 oz. dry samples. No minimum purchased [sic] required." *See* Fax 2, ECF 103-1 at 2.

54. The Cat Practice claims it received a fax from Hill's on February 14, 2017, bates-stamped RRD130 (Fax 3), which states: "FREE Hill's PRESCRIPTION DIET Dry Samples. ORDER YOURS TODAY! Give these FREE samples to your clients to support your nutritional recommendation and try the great taste! Please enter below your quantity of cases (1 case = 12 x 5.25oz bags). No minimum purchase required." *See* Fax 3, ECF 103-1 at 3.

55. The Cat Practice claims it received a fax from Hill's on August 30, 2017, bates-stamped HPN216 (Fax 5), which states: "FREE Hill's PRESCRIPTION DIET Dry Samples. Order Form Valid 10/1 – 11/30/2017. ORDER YOURS TODAY! Add these FREE samples to your nutritional recommendation and try the great taste! Please enter below a quantity of cases (1 case = 12 x 5.25oz bags). NEW! Order Prescription Diet Dry Samples from www.hillsretailorder.com, together with your regular Hill's food order. It's fast and easy! No minimum purchase required." *See* Fax 5, ECF 103-1 at 5.

56. The Cat Practice claims it received a fax from Hill's on July 9, 2018, bates-stamped RRD187 (Fax 10), which states: "GOOD NEWS! You Can Order FREE Hill's PRESCRIPTION DIET STEW Samples." *See* Fax 10, ECF 103-1 at 10.

57. The Cat Practice claims it received a fax from Hill's on March 18, 2018, bates-stamped HPN981 (Fax 7), which states: "NEW COUPON PAD for Hill's PRESCRIPTION DIET is on its way! Dear Veterinary Health Care Team, We want to be part of your effort in providing the best care and support for your NEW Prescription Diet patients. In the first week of April, please look for your Hill's Envelope, which includes: (1) Coupon pad, (2) A letter with coupon usage instructions." *See* Fax 7, ECF 103-1 at 7.

58. The Cat Practice claims it received a fax from Hill's on July 12, 2018, bates-stamped RRD191 (Fax 9), which states: "Attention! NEW COUPON PAD from Hill's PRESCRIPTION DIET WILL ARRIVE SOON! Dear Veterinary Health Care Team, Hope you had a great 4th of July! To support you in providing the best care for you NEW Prescription Diet patients, we are sending out new Prescription Diet Coupon Pads. In the second week of July, please look for your Hill's Envelope, which includes (1) Coupon pad, (2) A letter with coupon usage instructions." *See* Fax 9, ECF 103-1 at 9.

59. The Cat Practice also claims it received faxes from Hill's on May 1, 2017, bates-stamped HPN3577 (Fax 4), December 11, 2017, bates-stamped HPN340 (Fax 6), May 14, 2018, bates-stamped HPN1163 (Fax 8), and September 26, 2018, bates-stamped HPN3735 (Fax 12). *See* Faxes 4, 6, 8, and 12, ECF 103-1 at 4, 6, 8, and 12.

8

60.     The documents bates-stamped RRD79, RRD97, RRD130, HPN216, and RRD187 (Faxes 1, 2, 3, 5, and 10) offer free samples for clinics to give out to their customers. *See* Faxes 1, 2, 3, 5, and 10, ECF 103-1 at 1, 2, 3, 5, 10.

61.     Clinics can order free samples from Hill's to give to their customers, but they cannot purchase them or offer them for resale. *See* Ex. 18 at pp. 62, 67, and 73 (TCP00162, TCP00167, TCP00174); Ex. 19 at pp. 3, 9-10, 43, and 46 (TCP00209, TCP00216, TCP00217, TCP00256, TCP00259) (Hill's invoices to The Cat Practice for orders of free samples, reflecting zero cost); Faxes 1 and 2, ECF 103-1 at 1 and 2 ("These items are not for resale."); Ex. 25, Taylor Tr. 120:10-21.

62.     Free samples are samples of Hill's products that clinics give to their own customers. *See* Ex. 25, Taylor Tr. 120:10-21.

63.     The documents bates-stamped HPN981 and RRD191 (Faxes 7 and 9) notify clinics that new coupon pads will be arriving in the mail soon. *See* Fax 7 and 9, ECF 103-1 at 7 and 9.

## J.  Hill's Did Not Commit Conversion

64.     The Cat Practice recycled faxes to use as scrap paper. *See* Ex. 2, The Cat Practice 30(b)(6) Dep. Tr. 143:5-13.

65.     The Cat Practice never demanded that Hill's return or pay it for paper, ink, or employee time related to the alleged faxes.

Dated: July 23, 2026                    Respectfully submitted,


*/s/ Matthew A. Morr*
Matthew A. Morr (admitted *Pro Hac Vice*)
morrm@ballardspahr.com
BALLARD SPAHR LLP
1800 Larimer Street, Suite 1600
Denver, CO 80202
Tel: (303) 292.2400

*/s/ Katherine L. Oaks*
Daniel JT McKenna
mckennad@ballardspahr.com
Katherine L. Oaks (admitted *Pro Hac Vice*)
oaksk@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax: (215) 864-8999

*Attorneys for Hill's Pet Nutrition, Inc.*

9

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 23, 2026, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's ECF system.

<u>*/s/ Katherine L. Oaks*</u>
Katherine L. Oaks